# Exhibit B

Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg

# Bill of Lading

Multimodal Transport or Port to Port Shipment

Hapag-Lloyd

VAT-ID-No: DE813960018 Ballindamm 25 - D-20095 Hamburg

**Shipper:**
BHATT INTERNATIONAL INC
5829 MANOR LANE PARKVILLE MO
64152 USA TEL: +1(816)741 7077.
FAX: +1 (816) 741 7072.
WWW.BHATTINTERNATIONAL.COM

**Carrier's Reference:** 65036881 | **B/L-No.:** HLCUBSC2006BFHS2 | **Page:** 2 / 3

**Export References:** BI 21439

**Consignee** (not negotiable unless consigned to order):
TO THE ORDER OF
STATE BANK OF INDIA B-76
WAZIRPUR INDUSTRIAL AREA
DELHI 110 052
INDIA

**Forwarding Agent:**
ONE WORLD LOGISTICS LLC
16225 Park Ten Place
Houston TX 77084

**Notify Address** (Carrier not responsible for failure to notify; see clause 20 (1) hereof):
K S ENTERPRISES PVT. LTD
11, CENTRAL MARKET, ASHOK VIHAR
PHASE-I, DELHI- 110 052 INDIA
K. S. ENTERPRISES P LTD. KH.
NO.36/2, PARKASH VIHAR, SHAHBAD
DAULATPUR, DELHI 110 042 (GODOWN)

**Consignee's Reference:**

**Place of Receipt:** DETROIT, MI

**Vessel(s):** ARISTOMENIS **Voyage-No.:** 0223

**Place of Delivery:** SONIPAT

**Port of Loading:** NEW YORK, NY

**Port of Discharge:** MUNDRA

| Container Nos., Seal Nos.; Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight: | Measurement: |
|---|---|---|---|
| AES-ITN: X20200623735986 | | | |
| FCIU 3899559<br>SEALS :<br>00045402<br>0012134 | 1 CONT. 20'X8'6" GENERAL PURPOSE CONT. SLAC*<br>1 UNIT<br>SHREDDED STAINLESS STEEL SCRAP,<br>GRADE 304, AS PER ISRI "ZURIK"<br>HS CODE: 72042190<br><br>NET WEIGHT: 19,495 KGS | 19518.000 KGS | |
| TCLU 2126655<br>SEALS :<br>00045451<br>0012120 | 1 CONT. 20'X8'6" GENERAL PURPOSE CONT. SLAC*<br>1 UNIT<br>SHREDDED STAINLESS STEEL SCRAP,<br>GRADE 304, AS PER ISRI "ZURIK"<br>HS CODE: 72042190<br><br>NET WEIGHT: 19,577 KGS | 19600.000 KGS | |

Shipper's declared Value [see clause 7(2) and 7(3)]

Total No. of Containers received by the Carrier: 3

Packages received by the Carrier:

Movement: FCL/FCL

Currency:

| Charge | Rate | Basis | Wt/Vol/Val | P/C | Amount |
|---|---|---|---|---|---|

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier [see clause 11]

ORIGINAL

RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Total No. of Containers/Packages received by the Carrier" for Carriage subject to all the terms and conditions hereof (INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE HEREOF AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF) from the Place of Receipt or the Port of Loading, whichever is applicable, to the Port of Discharge or the Place of Delivery, whichever is applicable. One original Bill of Lading, duly endorsed, must be surrendered by the Merchant to the Carrier in exchange for the Goods or a delivery order. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its terms and conditions whether printed, stamped or written, or otherwise incorporated, notwithstanding the non-signing of this Bill of Lading by the Merchant.

IN WITNESS WHEREOF the number of original Bills of Lading stated below all of this tenor and date has been signed, one of which being accomplished the others to stand void.

**Place and date of issue:** PEACHTREE CORNERS JUL/03/2020

**Freight payable at:**

**Number of original Bs/L:** 1/3

**FOR ABOVE NAMED CARRIER**
**HAPAG-LLOYD (AMERICA) LLC(AS AGENT)**

MTD17312 (FB; ; ; ) BL-HLAG

90147348 L V 06/16

**Exhibit B**

Hapag-Lloyd Aktiengesellschaft, Hamburg

Hapag-Lloyd



B/L-No. HLCUBSC2006BFHS2

---

| Cont/Seals/Marks | Packages/Description of Goods | Weight | Measure |
|---|---|---|---|
| UACU 3839963<br>SEALS :<br>00045458<br>0012129 | 1 CONT. 20'X8'6" GENERAL PURPOSE CONT. SLAC*<br>1 UNIT<br>SHREDDED STAINLESS STEEL SCRAP,<br>GRADE 304, AS PER ISRI "ZURIK"<br>HS CODE: 72042190<br>NET WEIGHT: 19,659 KGS | 19682.000<br>KGS | |

TOTAL NET WEIGHT : 58,731 KGS
TOTAL GROSS WEIGHT :58, 800KGS

IEC: 0509088163
GST: 07AAACK0327R1ZD
PAN: AAACK0327R
EMAIL: CORPORATE.KSENTERPRISES@GMAI
L.COM

APPLICABLE FREE TIME 14 DAYS
DETENTION AT FINAL DESTINATION
CY TO CY

*SLAC = Shipper's Load, Stow, Weight and Count

3 UNIT — 58800.000 KGS

SHIPPED ON BOARD, DATE : JUL/03/2020
PORT OF LOADING: NEW YORK, NY
VESSEL NAME: ARISTOMENIS VOYAGE: 0223

FREIGHT PREPAID

THESE COMMODITIES MAY BE CONTROLLED BY THE U.S. GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN IDENTIFIED. THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF TO ANY OTHER COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S), EITHER IN ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST OBTAINING APPROVAL FROM THE U.S. GOVERNMENT OR AS OTHERWISE AUTHORIZED BY U.S. LAW AND REGULATIONS.

SERVICE CONTRACT NUMBER: WGLOTRA140

**Exhibit B**

Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg

# Bill of Lading

Multimodal Transport or Port to Port Shipment

Hapag-Lloyd

Ballindamm 25 - D-20095 Hamburg VAT-ID-No: DE813960018

**Shipper:**
BHATT INTERNATIONAL INC
5829 MANOR LANE PARKVILLE MO
64152 USA TEL: +1(816) 741
7077 FAX: +1 (816) 741 7072.
WWW.BHATTINTERNATIONAL.COM

| Carrier's Reference: | B/L-No.: | Page: |
|---|---|---|
| 61703787 | HLCUBSC2006BITY8 | 2 / 3 |

**Export References:**
BI 21522

**Consignee** (not negotiable unless consigned to order):
TO THE ORDER OF
HDFC BANK LTD
5R/2, BADSHAH KHAN CHOWK (B.K)
FARIDABAD -121001
HARYANA, INDIA

**Forwarding Agent:**
ONE WORLD LOGISTICS LLC
16225 Park Ten Place
Houston TX 77084

**Notify Address** (Carrier not responsible for failure to notify; see clause 20 (1) hereof):
CENTURY METAL RECYCLING LTD
VILLAGE: - TATARPUR,
DISTT: - PALWAL, - 121102 (HARYANA)
INDIA GST: 06AAACB3682J1ZO

**Consignee's Reference:**

**Place of Receipt:**
KANSAS CITY, MO

**Vessel(s):** CMA CGM MEDEA
**Voyage-No.:** 0224

**Place of Delivery:**
DADRI

**Port of Loading:**
NEW YORK, NY

**Port of Discharge:**
MUNDRA

| Container Nos., Seal Nos., Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight | Measurement |
|---|---|---|---|
| AES-ITN: X20200625851058 | | | |
| UACU 5370746<br>SEAL:<br>168757 | 1 CONT. 40'X9'6" HIGH CUBE CONT. SLAC*<br>1 UNIT<br>STAINLESS STEEL SCRAP ZURIK AS PER ISRI<br>HS CODE: 72042190<br>TOTAL NET WEIGHT: 20140 KGS<br>TOTAL GROSS WEIGHT: 20140 KGS<br><br>IEC: 0504077562<br>GST: 06AAACB3682J1ZO<br>PAN: AAACB3682J<br>EMAIL: NARESH.S1@CENTURY.IN<br><br>APPLICABLE 14 DAYS DETENTION FREE TIME AT FINAL DESTINATION. | 20140.000<br>KGS | |

Shipper's declared Value [see clause 7(2) and 7(3)]

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier [see clause 11]

ORIGINAL

| Total No. of Containers received by the Carrier | Packages received by the Carrier |
|---|---|
| 1 | |

| Movement | Currency |
|---|---|
| FCL/FCL | |

| Charge | Rate | Basis | Wt/Vol/Val | P/C | Amount |
|---|---|---|---|---|---|
| | | | | | |

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|
| | | |

RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Total No. of Containers/Packages received by the Carrier" for Carriage subject to all the terms and conditions hereof (INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE HEREOF AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF) from the Place of Receipt or the Port of Loading, whichever is applicable, to the Port of Discharge or the Place of Delivery, whichever is applicable. One original Bill of Lading, duly endorsed, must be surrendered by the Merchant to the Carrier in exchange for the Goods or a delivery order. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its terms and conditions whether printed, stamped or written, or otherwise incorporated, notwithstanding the non-signing of this Bill of Lading by the Merchant.

IN WITNESS WHEREOF the number of original Bills of Lading stated below all of this tenor and date has been signed, one of which being accomplished the others to stand void.

Place and date of issue:
PEACHTREE CORNERS JUL/10/2020

| Freight payable at: | Number of original Bs/L: |
|---|---|
| | 1/3 |

**FOR ABOVE NAMED CARRIER**
**HAPAG-LLOYD (AMERICA) LLC(AS AGENT)**

MTD17312 (FB; ; ; ) BL-HLAG

90147348 L V 06/16

**Exhibit B**

Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg

# Bill of Lading

Multimodal Transport or Port to Port Shipment

Hapag-Lloyd

VAT-ID-No: DE813960018 Ballindamm 25 - D-20095 Hamburg

**Shipper:**
BHATT INTERNATIONAL INC
5829 MANOR LANE PARKVILLE MO
64152 USA TEL: +1(816)741 7077.
FAX: +1 (816) 741 7072.

**Carrier's Reference:** 64704009
**B/L-No.:** HLCUBSC2006BOZO5
**Page:** 2 / 3

**Export References:**
BI 21524

**Consignee** (not negotiable unless consigned to order):
TO THE ORDER OF
STATE BANK OF INDIA
B-76, WAZIRPUR INDUSTRIAL AREA,
DELHI-110 052
INDIA

**Forwarding Agent:**
ONE WORLD LOGISTICS LLC
16225 PARK TEN PLACE
HOUSTON TX 77084

**Notify Address** (Carrier not responsible for failure to notify; see clause 20 (1) hereof):
K S ENTERPRISES PVT. LTD 11,
CENTRAL MARKET, ASHOK VIHAR
PHASE-I, DELHI- 110 052 INDIA
K. S. ENTERPRISES P LTD. KH.
NO.36/2, PARKASH VIHAR, SHAHBAD
DAULATPUR, DELHI 110 042 (GODOWN)

**Consignee's Reference:**

**Place of Receipt:**
CHICAGO, IL

**Vessel(s):** ARISTOMENIS
**Voyage-No.:** 0223

**Place of Delivery:**
SONIPAT

**Port of Loading:**
NORFOLK, VA

**Port of Discharge:**
MUNDRA

| Container Nos., Seal Nos.; Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight: | Measurement: |
|---|---|---|---|
| AES-ITN: X20200630053089 | | | |
| UACU 5835057<br>SEAL:<br>2231475 | 1 CONT. 40'X9'6" HIGH CUBE CONT. SLAC*<br>1 UNIT<br>SHREDDED STAINLESS STEEL SCRAP,<br>GRADE 304, AS PER ISRI ZURIK<br>HS CODE: 72042190 | 22181.000<br>KGM | |

Shipper's declared Value [see clause 7(2) and 7(3)]

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier [see clause 11]

ORIGINAL

Total No. of Containers received by the Carrier:
Packages received by the Carrier: 2

Movement: FCL/FCL
Currency:

| Charge | Rate | Basis | Wt/Vol/Val | P/C | Amount |
|---|---|---|---|---|---|
| | | | | | |

RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Total No. of Containers/Packages received by the Carrier" for Carriage subject to all the terms and conditions hereof (INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE HEREOF AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF) from the Place of Receipt or the Port of Loading, whichever is applicable, to the Port of Discharge or the Place of Delivery, whichever is applicable. One original Bill of Lading, duly endorsed, must be surrendered by the Merchant to the Carrier in exchange for the Goods or a delivery order. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its terms and conditions whether printed, stamped or written, or otherwise incorporated, notwithstanding the non-signing of this Bill of Lading by the Merchant.

IN WITNESS WHEREOF the number of original Bills of Lading stated below all of this tenor and date has been signed, one of which being accomplished the others to stand void.

Place and date of issue: PEACHTREE CORNERS JUL/06/2020

Freight payable at:
Number of original Bs/L: 1/3

FOR ABOVE NAMED CARRIER
HAPAG-LLOYD (AMERICA) LLC(AS AGENT)

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|
| | | |

MTD17312 (FB; ; ; ) BL-HLAG

90147348 L V 06/16

**Exhibit B**

Hapag-Lloyd Aktiengesellschaft, Hamburg

Hapag-Lloyd



B/L-No. HLCUBSC2006BOZO5

| Cont/Seals/Marks | Packages/Description of Goods | Weight | Measure |
|---|---|---|---|
| TCLU 8369267<br>SEAL:<br>2231452 | 1 CONT. 40'X9'6" HIGH CUBE CONT. SLAC*<br>1 UNIT<br>SHREDDED STAINLESS STEEL SCRAP,<br>GRADE 304, AS PER ISRI ZURIK<br>HS CODE: 72042190<br><br>IEC: 0509088163<br>GST: 07AAACK0327R1ZD<br>PAN: AAACK0327R<br>EMAIL: CORPORATE.KSENTERPRISES@GMAI<br>L.COM<br><br>APPLICABLE FREE TIME 14 DAYS<br>DETENTION<br>AT (PORT OF DISCHARGE/ PLACE OF<br>DELIVERY) | 22108.000<br>KGM | |

*SLAC = Shipper's Load, Stow, Weight and Count

| | | | |
|---|---|---|---|
| | 2 UNIT | 44289.000<br>KGM | |

SHIPPED ON BOARD, DATE : JUL/06/2020
PORT OF LOADING: NORFOLK, VA
VESSEL NAME: ARISTOMENIS VOYAGE: 0223

FREIGHT PREPAID

THESE COMMODITIES MAY BE CONTROLLED BY THE U.S. GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN IDENTIFIED. THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF TO ANY OTHER COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S), EITHER IN ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST OBTAINING APPROVAL FROM THE U.S. GOVERNMENT OR AS OTHERWISE AUTHORIZED BY U.S. LAW AND REGULATIONS.

'ANY AND ALL KIND OF DAMAGES AND/OR CONTAMINATION TO OUR EQUIPMENT ARE FOR THE ACCOUNT OF THE SHIPPER'

SERVICE CONTRACT NUMBER: WGLOTRA140

**Exhibit B**

Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg

# Bill of Lading

Multimodal Transport or Port to Port Shipment

Hapag-Lloyd

**Shipper:**
BHATT INTERNATIONAL INC
5829 MANOR LANE PARKVILLE MO
64152 USA TEL: +1(816) 741
7077 FAX: +1 (816) 741 7072.
WWW.BHATTINTERNATIONAL.COM

**Carrier's Reference:** 62036956
**B/L-No.:** HLCUBSC2006BHGU4
**Page:** 2 / 3

**Export References:** BI 21527

**Consignee** (not negotiable unless consigned to order):
TO THE ORDER OF
THE INDUSIND BANK LTD
BHAGWAN PARSHURAM MARG
PO ROAD - MANDI GOBINDGARH BRANCH
PUNJAB - 147301, INDIA

**Forwarding Agent:**

**Notify Address** (Carrier not responsible for failure to notify; see clause 20 (1) hereof):
STEEL LINKS
OFFICE 428/429 SECTOR 3C G T ROAD
MANDI GOBINDGARH PUNJAB - 140 735
INDIA
EMAIL: AMANKUMARBHATIA@GMAIL.COM

**Consignee's Reference:**

**Place of Receipt:** ATLANTA, GA

**Vessel(s):** CMA CGM TITUS
**Voyage-No.:** 0222

**Place of Delivery:** ICD LUDHIANA

**Port of Loading:** CHARLESTON, SC

**Port of Discharge:** MUNDRA

| Container Nos., Seal Nos.; Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight: | Measurement: |
|---|---|---|---|
| AES-ITN: X20200624797330 | | | |
| CAIU 2840389<br>SEALS :<br>0011509<br>00044253 | 1 CONT. 20'X8'6" GENERAL PURPOSE CONT. SLAC*<br>1 UNIT<br>SHREDDED STAINLESS STEEL SCRAP<br>GRADE<br>304 AS PER ISRI ZURIK<br>HS CODE : 72042190<br><br>IEC: 3004002132<br>GST: 03ABJPB2493E1Z4<br>PAN:ABJPB2493E<br><br>APPLICABLE FREE TIME 14 DAYS<br>DETENTION AT FINAL DESTINATION<br><br>TOTAL NET WEIGHT: 20285 KGS<br>TOTAL GROSS WEIGHT: 20299 KGS | 20299.000<br>KGS | |

Shipper's declared Value [see clause 7(2) and 7(3)]

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier [see clause 11]

ORIGINAL

Total No. of Containers received by the Carrier: 1
Packages received by the Carrier:

Movement: FCL/FCL
Currency:

| Charge | Rate | Basis | Wt/Vol/Val | P/C | Amount |
|---|---|---|---|---|---|
| | | | | | |

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|
| | | |

RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Total No. of Containers/Packages received by the Carrier" for Carriage subject to all the terms and conditions hereof (INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE HEREOF AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF) from the Place of Receipt or the Port of Loading, whichever is applicable, to the Port of Discharge or the Place of Delivery, whichever is applicable. One original Bill of Lading, duly endorsed, must be surrendered by the Merchant to the Carrier in exchange for the Goods or a delivery order. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its terms and conditions whether printed, stamped or written, or otherwise incorporated, notwithstanding the non-signing of this Bill of Lading by the Merchant.

IN WITNESS WHEREOF the number of original Bills of Lading stated below all of this tenor and date has been signed, one of which being accomplished the others to stand void.

Place and date of issue: PEACHTREE CORNERS JUL/02/2020

Freight payable at:
Number of original Bs/L: 1/3

FOR ABOVE NAMED CARRIER
HAPAG-LLOYD (AMERICA) LLC(AS AGENT)

Ballindamm 25 - D-20095 Hamburg VAT-ID-No: DE813960018

MTD17312 (FB; ; ; ) BL-HLAG

90147348 L V 06/16

Exhibit B

Hapag-Lloyd Aktiengesellschaft, Hamburg

Hapag-Lloyd



B/L-No. HLCUBSC2006BHGU4

---

Cont/Seals/Marks Packages/Description of Goods Weight Measure

*SLAC = Shipper's Load, Stow, Weight and Count

SHIPPED ON BOARD, DATE : JUL/02/2020
PORT OF LOADING: CHARLESTON, SC
VESSEL NAME: CMA CGM TITUS VOYAGE: 0222

FREIGHT PREPAID

THESE COMMODITIES MAY BE CONTROLLED BY THE U.S. GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN IDENTIFIED. THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF TO ANY OTHER COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S), EITHER IN ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST OBTAINING APPROVAL FROM THE U.S. GOVERNMENT OR AS OTHERWISE AUTHORIZED BY U.S. LAW AND REGULATIONS.

SERVICE CONTRACT NUMBER: WGLOTRA140

Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg

# Bill of Lading

Multimodal Transport or Port to Port Shipment

Hapag-Lloyd

Ballindamm 25 - D-20095 Hamburg VAT-ID-No: DE813960018

**Shipper:**
BHATT INTERNATIONAL INC
5829 MANOR LANE PARKVILLE MO
64152 USA TEL: +1(816) 741
7077 FAX: +1 (816) 741 7072.
WWW.BHATTINTERNATIONAL.COM

| Carrier's Reference: | B/L-No.: | Page: |
|---|---|---|
| 61704667 | HLCUBSC200753111 | 2 / 3 |

**Export References:**
BI 21528

**Consignee** (not negotiable unless consigned to order):
TO THE ORDER OF
HDFC BANK LIMITED
NO.115 4TH FLOOR, DR. RADHAKRISHNAN
SALAI 60004 CHENNAI
TAMIL NADU INDIA

**Forwarding Agent:**
ONE WORLD LOGISTICS LLC
16225 PARK TEN PLACE
HOUSTON TX 77084

**Notify Address** (Carrier not responsible for failure to notify; see clause 20 (1) hereof):
JAIN RECYCLING PRIVATE LIMITED
D-12 SIPCOT INDUSTRIAL COMPLEX
GUMMIDIPOONDI THIRUVALLUR
TAMIL NADU 601201, INDIA

**Consignee's Reference:**

**Place of Receipt:**
ATLANTA, GA

**Vessel(s):** CMA CGM MEDEA
**Voyage-No.:** 0224

**Place of Delivery:**

**Port of Loading:**
CHARLESTON, SC

**Port of Discharge:**
CHENNAI

| Container Nos., Seal Nos.; Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight: | Measurement: |
|---|---|---|---|
| AES-ITN: X20200707368242 | | | |
| TCLU 3209440<br>SEALS :<br>00044237<br>0011536 | 1 CONT. 20'X8'6" GENERAL PURPOSE CONT. SLAC*<br>1 UNIT<br>STAINLESS STEEL SCRAP ZURIK AS PER ISRI<br>HS CODE: 72042190<br><br>NET WEIGHT : 20366 KGS | 20380.000<br>KGM | |

Shipper's declared Value [see clause 7(2) and 7(3)]

| Total No. of Containers received by the Carrier: | Packages received by the Carrier: |
|---|---|
| 2 | |
| Movement: FCL/FCL | Currency: |

| Charge | Rate | Basis | Wt/Vol/Val | P/C | Amount |
|---|---|---|---|---|---|
| | | | | | |

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|
| | | |

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier [see clause 11]

**ORIGINAL**

RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Total No. of Containers/Packages received by the Carrier" for Carriage subject to all the terms and conditions hereof (INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE HEREOF AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF) from the Place of Receipt or the Port of Loading, whichever is applicable, to the Port of Discharge or the Place of Delivery, whichever is applicable. One original Bill of Lading, duly endorsed, must be surrendered by the Merchant to the Carrier in exchange for the Goods or a delivery order. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its terms and conditions whether printed, stamped or written, or otherwise incorporated, notwithstanding the non-signing of this Bill of Lading by the Merchant.

IN WITNESS WHEREOF the number of original Bills of Lading stated below all of this tenor and date has been signed, one of which being accomplished the others to stand void.

Place and date of issue:
PEACHTREE CORNERS JUL/19/2020

| Freight payable at: | Number of original Bs/L: |
|---|---|
| | 1/3 |

**FOR ABOVE NAMED CARRIER**
**HAPAG-LLOYD (AMERICA) LLC(AS AGENT)**

MTD17312 (FB; ; ; ) BL-HLAG

90147348 L V 06/16

**Exhibit B**

Hapag-Lloyd Aktiengesellschaft, Hamburg

Hapag-Lloyd



B/L-No. HLCUBSC200753111

| Cont/Seals/Marks | Packages/Description of Goods | Weight | Measure |
|---|---|---|---|
| TGHU 0086866<br>SEALS :<br>00043294<br>0011537 | 1 CONT. 20'X8'6" GENERAL PURPOSE CONT. SLAC*<br>1 UNIT<br>STAINLESS STEEL SCRAP ZURIK AS PER<br>ISRI<br>HS CODE: 72042190<br><br>NET WEIGHT :20357 KGS<br><br>IEC - AAECJ7416Q<br>GSTIN NO. 33AAECJ7416Q1Z5<br>PAN: AAECJ7416Q<br>EMAIL<br>ID:IMPORTS1@JAINMETALGROUP.COM<br><br>APPLICABLE FREE TIME 14 DAYS<br>DETENTION<br>AT (PORT OF DISCHARGE / PLACE OF D<br>ELIVERY)<br><br>TOTAL NET WEIGHT: 40723 KGS | 20371.000<br>KGM | |

*SLAC = Shipper's Load, Stow, Weight and Count

| | | |
|---|---|---|
| | ==================<br>2 UNIT | ============<br>40751.000<br>KGM |

SHIPPED ON BOARD, DATE : JUL/19/2020
PORT OF LOADING: CHARLESTON, SC
VESSEL NAME: CMA CGM MEDEA VOYAGE: 0224

EXPORTER REFERENCE: BI 21528

FREIGHT PREPAID

THESE COMMODITIES MAY BE CONTROLLED BY THE U.S. GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN IDENTIFIED. THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF TO ANY OTHER COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S), EITHER IN ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST OBTAINING APPROVAL FROM THE U.S. GOVERNMENT OR AS OTHERWISE AUTHORIZED BY U.S. LAW AND REGULATIONS.

SERVICE CONTRACT NUMBER: WGLOTRA140

**Carrier:** Hapag-Lloyd Aktiengesellschaft, Hamburg

# Bill of Lading

Multimodal Transport or Port to Port Shipment

Hapag-Lloyd

Ballindamm 25 - D-20095 Hamburg VAT-ID-No: DE813960018

**Shipper:**
BHATT INTERNATIONAL INC
5829 MANOR LANE PARKVILLE MO
64152 USA TEL: +1(816) 741
7077 FAX: +1 (816) 741 7072.
WWW.BHATTINTERNATIONAL.COM

| Carrier's Reference: | B/L-No.: | Page: |
|---|---|---|
| 62038661 | HLCUBSC2007AYGK1 | 2 / 3 |

**Export References:**
BI 21534

**Consignee** (not negotiable unless consigned to order):
TO THE ORDER OF
HDFC BANK LTD
5R/2, BADSHAH KHAN CHOWK (B.K)
FARIDABAD - 121001
HARYANA, INDIA

**Forwarding Agent:**
ONE WORLD LOGISTICS LLC
16225 PARK TEN PLACE
HOUSTON TX 77084

**Consignee's Reference:**

**Notify Address** (Carrier not responsible for failure to notify; see clause 20 (1) hereof):
CENTURY METAL RECYCLING LTD
VILLAGE: - TATARPUR,
DISTT: - PALWAL, - 121102 (HARYANA)
INDIA

**Place of Receipt:**
DETROIT, MI

**Vessel(s):** EXPRESS ATHENS
**Voyage-No.:** 0226

**Place of Delivery:**
DADRI

**Port of Loading:**
NORFOLK, VA

**Port of Discharge:**
MUNDRA

| Container Nos., Seal Nos.; Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight: | Measurement: |
|---|---|---|---|
| AES-ITN: X20200720949007 | | | |
| UACU 3532215<br>SEALS :<br>00045613<br>0012033<br>45613 | 1 CONT. 20'X8'6" GENERAL PURPOSE CONT. SLAC*<br>1 UNIT<br>STAINLESS STEEL SCRAP ZURIK AS PER<br>ISRI<br>HS CODE: 72042190<br><br>NET WEIGHT : 19,695 KGS | 19718.000<br>KGS | |

Shipper's declared Value [see clause 7(2) and 7(3)]

| Total No. of Containers received by the Carrier: | Packages received by the Carrier: |
|---|---|
| 2 | |

| Movement: | Currency: |
|---|---|
| FCL/FCL | |

| Charge | Rate | Basis | Wt/Vol/Val | P/C | Amount |
|---|---|---|---|---|---|
| | | | | | |

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|
| | | |

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier [see clause 11]

ORIGINAL

RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Total No. of Containers/Packages received by the Carrier" for Carriage subject to all the terms and conditions hereof (INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE HEREOF AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF) from the Place of Receipt or the Port of Loading, whichever is applicable, to the Port of Discharge or the Place of Delivery, whichever is applicable. One original Bill of Lading, duly endorsed, must be surrendered by the Merchant to the Carrier in exchange for the Goods or a delivery order. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its terms and conditions whether printed, stamped or written, or otherwise incorporated, notwithstanding the non-signing of this Bill of Lading by the Merchant.

IN WITNESS WHEREOF the number of original Bills of Lading stated below all of this tenor and date has been signed, one of which being accomplished the others to stand void.

Place and date of issue:
PEACHTREE CORNERS JUL/26/2020

| Freight payable at: | Number of original Bs/L: |
|---|---|
| | 1/3 |

**FOR ABOVE NAMED CARRIER**
**HAPAG-LLOYD (AMERICA) LLC(AS AGENT)**

MTD17312 (FB; ; ; ) BL-HLAG

90147348 L V 06/16

**Exhibit B**

Hapag-Lloyd Aktiengesellschaft, Hamburg

Hapag-Lloyd



B/L-No. HLCUBSC2007AYGK1

| Cont/Seals/Marks | Packages/Description of Goods | Weight | Measure |
|---|---|---|---|
| TTNU 1649749<br>SEALS :<br>00045679<br>0012032<br>45679 | 1 CONT. 20'X8'6" GENERAL PURPOSE CONT. SLAC*<br>1 UNIT<br>STAINLESS STEEL SCRAP ZURIK AS PER ISRI<br>HS CODE: 72042190<br><br>NET WEIGHT : 19,740 KGS<br>TOTAL NET WEIGHT: 39435 KGS<br><br>IEC: 0504077562<br>GST: 06AAACB3682J1ZO<br>PAN: AAACB3682J<br>EMAIL: NARESH.S1@CENTURY.IN<br><br>APPLICABLE FREE TIME 14 DAYS DETENTION AT (PORT OF DISCHARGE/ PLACE OF DELIVERY) | 19763.000 KGS | |

*SLAC = Shipper's Load, Stow, Weight and Count

| | | | |
|---|---|---|---|
| | 2 UNIT | 39481.000 KGS | |

SHIPPED ON BOARD, DATE : JUL/26/2020
PORT OF LOADING: NORFOLK, VA
VESSEL NAME: EXPRESS ATHENS VOYAGE: 0226

EXPORTER REFERENCE: BI 21534

FREIGHT PREPAID

THESE COMMODITIES MAY BE CONTROLLED BY THE U.S. GOVERNMENT AND AUTHORIZED FOR EXPORT ONLY TO THE COUNTRY OF ULTIMATE DESTINATION FOR USE BY THE ULTIMATE CONSIGNEE OR END-USER(S) HEREIN IDENTIFIED. THEY MAY NOT BE RESOLD, TRANSFERRED, OR OTHERWISE DISPOSED OF TO ANY OTHER COUNTRY OR TO ANY PERSON OTHER THAN THE AUTHORIZED ULTIMATE CONSIGNEE OR END-USER(S), EITHER IN ORIGINAL FORM OR AFTER BEING INCORPORATED INTO OTHER ITEMS, WITHOUT FIRST OBTAINING APPROVAL FROM THE U.S. GOVERNMENT OR AS OTHERWISE AUTHORIZED BY U.S. LAW AND REGULATIONS.

SERVICE CONTRACT NUMBER: WGLOTRA140

**Exhibit B**