United States District Court
Southern District of Texas

**ENTERED**

February 18, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BHATT INTERNATIONAL, INC., Plaintiff | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-2247 |
| | § | |
| ONE WORLD LOGISTICS, INC., Defendant | § | |
| | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL JUDGMENT OF DAMAGES FOLLOWING ENTRY OF DEFAULT JUDGMENT**

ON THIS DAY, came to be considered Plaintiff, Bhatt International Trading, Inc., Plaintiff's Motion for Final Judgment of Damages following entry of Default Judgment and all the evidence before it, and believing it is well taken and should be GRANTED. ECF No. 24.

IT IS FURTHER ORDERED Plaintiff shall recover from Defendant a judgment of $18,014.65 as Plaintiff's actual damages.

IT IS FURTHER ORDERED Plaintiff shall recover from Defendant $12,711.30 as a reasonable and necessary attorney's fee in prosecuting this matter.

IT IS FURTHER ORDERED Plaintiff shall recover from Defendant $2,391.80 all taxable costs of court in this proceeding against Defendants for those recoverable costs expended by Plaintiff.

IT IS FURTHER ORDERED Plaintiff is entitled to post-judgment interest at the highest rate permitted by law. Plaintiff shall recover post-judgment interest at a rate of 4.2% per annum beginning the date this judgment is signed.

Signed for entry on this the 14th day of February, 2025.

Judge Presiding
Southern District of Texas, Houston Division